IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIMBERLY MILLER                                                          PETITIONER

v.                              No. 4:22-cv-1070-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                         DEFENDANT

## ORDER

Miller hasn't filed an amended § 2254 petition as directed; and the time to do so has passed. *Doc. 2*. Her petition will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023