# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KIMBERLY MILLER**                                           **PETITIONER**

**v.**                          **No. 4:22-cv-1070-DPM**

**STATE OF ARKANSAS;**
**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**               **DEFENDANTS**

## JUDGMENT

Miller's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023